1  RUSSELL E. MARSH, ESQUIRE
   Nevada Bar No. 11198
2  SUNETHRA MURALIDHARA
   Nevada Bar No. 13549
3  WRIGHT MARSH & LEVY
   300 S. Fourth Street
4  Suite 701
   Las Vegas, NV 89101
5  Office: (702) 382-4004
   Fax: (702) 382-4800
6  russ@wmllawlv.com
   smuralidhara@wmllawlv.com
7
   Attorneys for Defendant AKINLEYE
8

9              UNITED STATES DISTRICT COURT

10              FOR THE DISTRICT OF NEVADA

11

12  UNITED STATES OF AMERICA,        )
                                     )    Case No.  2:20-CR-00217-GMN-EJY
13        Plaintiff,                 )
                                     )    **STIPULATION AND ORDER TO**
14        vs.                        )    **EXTEND DEADLINES**
                                     )
15  OLUREMI AKINLEYE,                )    **(Eighth Request)**
                                     )
16        Defendant.                 )
    _____)

17        IT IS HEREBY STIPULATED and agreed, by and between OLUREMI AKINLEYE,

18  Defendant, by and through his counsel, RUSSELL E. MARSH, ESQUIRE, and SUNETHRA

19  MURALIDHARA, ESQUIRE, WRIGHT MARSH & LEVY, and CHRISTOPHER CHIOU, Acting

20  United States Attorney, by SIMON KUNG, Assistant United States Attorney, that the that the

21  motions deadline previously set for April 4, 2022, and related dates, be extended for 30 days.

22        This stipulation is entered into for the following reasons:

23        1.      Calendar call in this matter is currently set for August 16, 2022, and trial is scheduled

24  for August 22, 2022.  (ECF No. 28.)

25        2.      Defense counsel needs additional time to obtain and review discovery to determine

26  if any motions should be filed, and if this case should proceed to trial or ultimately be resolved

27  through negotiations.  Given this, the parties request a 30 day continuance for the pretrial motions

28  deadline to May 4, 2022.

3.     The parties require additional time to discuss, and potentially resolve, discovery issues.  In addition, defense counsel require additional time to prepare and file any motions.

4.     The parties request that the date for filing of any pretrial motions be extended for 30 days.  They propose that each party shall have until May 4, 2022, to file all pretrial motions. Responses shall be due within 14 days of service of the motions; and any replies within 7 days of service of the responses.

5.     Defendant is released on his own recognizance pending trial, and agrees to the extension requested herein.

6.     This is the first request to extend the current motions deadlines.

WHEREFORE, the United States of America, and the Defendant, Oluremi Akinleye , jointly request that the motions deadlines be extended for 30 days as set forth herein.

Dated this 6th day of April, 2022.

WRIGHT MARSH & LEVY

By  /s/ Sunethra Muralidhara
RUSSELL E. MARSH, ESQUIRE
SUNETHRA MURALIDHARA, ESQUIRE
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Counsel for Defendant Akinleye

CHRISTOPHER CHIOU
Acting United States Attorney

By  /s/ Simon Kung
SIMON KUNG
Assistant U.S. Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:20-CR-00217-GMN-EJY |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| OLUREMI AKINLEYE, | ) | |
| Defendant. | ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court and hereby extends the current motions deadlines for 30 days.

**IT IS HEREBY ORDERED** that the parties shall have until May 4, 2022, to file any pretrial motions.  Responses to any motions shall be filed within 14 days from the date of service of the motions; and any replies may be filed within 7 days of service of the responses.

Dated:  April 8, 2022

_____
Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE