# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-217-GMN-EJY |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| OLUREMI AKINLEYE, | |
| Defendant. | |

This Court finds Oluremi Akinleye pled guilty to Counts 1, 8 and 9 of an 11-Count Criminal Indictment charging him in Count 1 with conspiracy to commit wire fraud in violation of 18 U.S.C. §§ 1343 and 1349; in Count 8 with possession of 15 or more counterfeit and unauthorized access devices in violation of 18 U.S.C. § 1029(a)(3); and in Counts 9 with aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) with 1028A(c)(4) and (5). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32; Plea Agreement, ECF No. 33.

This Court finds Oluremi Akinleye agreed to the forfeiture of the property set forth in the Plea Agreement and Forfeiture Allegation Two of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32; Plea Agreement, ECF No. 33.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and Forfeiture Allegation Two of the Criminal Indictment and Count 8, to which Oluremi Akinleye pled guilty.

The following property any personal property used or intended to be used to commit the violation of 18 U.S.C. § 1029(a)(3) and is subject to forfeiture pursuant to 18 U.S.C. § 1029(c)(1)(C):

1. 128 MB thumb drive;

2. Red HP laptop computer, Model: 15-1272wm, S/N: 5CD7527RS8;

3. HP laptop computer, Model:15AY039WM, S/N: CND7067275;

4. Red Samsung cell phone;

5. Any and all fraudulent GoBank Cards ending in the numbers listed below, including, but not limited to:

   a. 5595, in the name of (INO) AB;

   b. 2323 and 5775, INO VC;

   c. 7948 INO KG;

   d. 7914 INO KS;

   e. 0046, 0848, 9630, 6686, 0095, and 8954 INO VC;

   f. 3165 INO NP;

   g. 3542 INO VC;

   h. 3047 INO JR;

   i. 1700 INO VC;

   j. 3088 INO MS;

   k. 1994 INO VC;

   l. 2477 INO KH;

   m. 1718, 5431, 5673, 2345, and 5105 INO VC;

   n. 2485 INO DH;

   o. 9549, 9232, 0798, 7645, 5343, 0871, 5899, and 6845 INO VC;

   p. 6102 INO JH; and

   q. 6466 INO VC;

6. Any and all fraudulent US Bank Cards ending in the numbers listed below, including, but not limited to:

   a. 3977 INO GH;

   b. 7584 INO TC; and

   c. 9118 INO DF;

7. Any and all fraudulent GreenDot Cards ending in the numbers listed below, including, but not limited to:

    a. 2751 INO JB;

    b. 7130 INO CF;

    c. 4013 INO TB;

    d. 9902 INO PM;

    e. 1113 INO AN; and

    f. 6145 INO GB;

8. Any and all fraudulent Brinks Money Cards ending in the numbers listed below, including, but not limited to:

    a. 3427 INO AE;

    b. 8615 INO AB;

    c. 9634 INO TB; and

    d. 4324 INO RS;

9. Any and all fraudulent Account Now Cards ending in the numbers listed below, including, but not limited to:

    a. 3338 INO RS; and

    b. 8457 INO TB;

10. Any and all fraudulent Ready Debit Cards ending in the numbers listed below, including, but not limited to:

    a. 3970 INO TG;

    b. 2697 INO AF;

    c. 0643 INO TB;

    d. 6561 INO JH;

    e. 6783 INO JF;

    f. 4384 INO JP;

    g. 0100 INO RS;

    h. 0644 INO MG;

      i.   1520 INO JB;

      j.   8826 INO CP;

      k.  5969 INO MP; and

      l.   1246 INO RO;

11. Any and all fraudulent Rush Cards ending in the numbers listed below, including, but not limited to:

      a.  8757 INO CD;

      b.  6036 INO RW;

      c.  8990 INO RS;

      d.  0933 INO RO;

      e.  0999 INO WH;

      f.   5581 INO AW;

      g.  5267 INO JT;

      h.  6969 INO ML;

      i.   1593 INO RR; and

      j.   9561 INO RD;

12. Any and all fraudulent Fred Meyers Rewards Cards ending in the numbers listed below, including, but not limited to:

      a.  7331 INO JH; and

      b.  0667 INO AB;

13. Any and all Visa Gift Cards ending in the numbers listed below, including, but not limited to:

      a.  6360, 6386, 1279, 3471, 1976, 7113, 5848, 6328, 8624, 8901, 1288, 4111, 1373, 7377, 8509, 3578, 6001, and 0258;

14. Any and all miscellaneous fraudulent cards, including, but not limited to:

      a.  card ending in 4658 INO DM;

      b.  card ending in 0553;

      c.  BOA Card INO JB;

d.  Wells Fargo Card INO WC; and

e.  Office Depot gift card; and

15. Any and all fraudulent personal identification documents, including, but not limited to, 29 Utah driver licenses and social security numbers

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Oluremi Akinleye in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §

853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____ June 30 _____, 2022.


_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE