```
        FILED              RECEIVED
        ENTERED            SERVED ON
                   COUNSEL/PARTIES OF RECORD

              NOV 2 8 2022

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-217-GMN-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| OLUREMI AKINLEYE, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 1029(c)(1)(C) based upon the plea of guilty by Oluremi Akinleye to the criminal offenses, forfeiting the property set forth in the Plea Agreement and Forfeiture Allegation Two of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Oluremi Akinleye pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32; Plea Agreement, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 2, 2022, through July 31, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 36-1, p. 5.

1 | This Court finds the United States notified known third parties by regular mail and
2 | certified mail return receipt requested of their right to petition the Court. Notice of Filing
3 | Service of Process – Mailing, ECF No. 37.
4 | On July 12, 2022, the United States Attorney's Office served and attempted to serve
5 | Nikkiya Akinleye or Nikkiya Cain at Greenhaven Ct. with copies of the Preliminary Order
6 | of Forfeiture and the Notice through regular mail and certified mail return receipt requested.
7 | The certified mail was returned as unclaimed. Notice of Filing Service of Process – Personal
8 | Service, ECF No. 37-1, p. 3-26.
9 | On July 12, 2022, the United States Attorney's Office served and attempted to serve
10 | Nikkiya Akinleye or Nikkiya Cain at Fred Brown Dr. with copies of the Preliminary Order
11 | of Forfeiture and the Notice through regular mail and certified mail return receipt requested.
12 | The certified mail was listed by the United States Postal Service as no access to delivery
13 | location. Notice of Filing Service of Process – Personal Service, ECF No. 37-1, p. 3-20, 27-
14 | 31.
15 | On July 12, 2022, the United States Attorney's Office attempted to serve Nikkiya
16 | Akinleye or Nikkiya Cain at W. Touhy Ave. with copies of the Preliminary Order of
17 | Forfeiture and the Notice through regular mail and certified mail return receipt requested.
18 | Both mailings were returned as not deliverable as addressed. Notice of Filing Service of
19 | Process – Mailing, ECF No. 37-1, p. 3-20, 32-36.
20 | On July 12, 2022, the United States Attorney's Office served Lutheran Church
21 | Extension Fund with copies of the Preliminary Order of Forfeiture and the Notice through
22 | regular mail and certified mail return receipt requested. Notice of Filing Service of Process –
23 | Mailing, ECF No. 37-1, p. 3, 9-20, 37-39.
24 | On July 12, 2022, the United States Attorney's Office served Pension Fund of the
25 | Christian Church with copies of the Preliminary Order of Forfeiture and the Notice through
26 | regular mail and certified mail return receipt requested. Notice of Filing Service of Process –
27 | Mailing, ECF No. 37-1, p. 3, 9-20, 40-42.
28 | / / /

On August 3, 2022, the United States Attorney's Office served and attempted to serve Nikkiya Akinleye or Nikkiya Cain at 1415 Main St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 37-1, p. 3-20, 43-45.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 1029(c)(1)(C); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. 128 MB thumb drive;
2. Red HP laptop computer, Model: 15-1272wm, S/N: 5CD7527RS8;
3. HP laptop computer, Model:15AY039WM, S/N: CND7067275;
4. Red Samsung cell phone;
5. Any and all fraudulent GoBank Cards ending in the numbers listed below, including, but not limited to:
   a. 5595, in the name of (INO) AB;
   b. 2323 and 5775, INO VC;
   c. 7948 INO KG;
   d. 7914 INO KS;
   e. 0046, 0848, 9630, 6686, 0095, and 8954 INO VC;
   f. 3165 INO NP;
   g. 3542 INO VC;
   h. 3047 INO JR;

i. 1700 INO VC;

j. 3088 INO MS;

k. 1994 INO VC;

l. 2477 INO KH;

m. 1718, 5431, 5673, 2345, and 5105 INO VC;

n. 2485 INO DH;

o. 9549, 9232, 0798, 7645, 5343, 0871, 5899, and 6845 INO VC;

p. 6102 INO JH; and

q. 6466 INO VC;

6. Any and all fraudulent US Bank Cards ending in the numbers listed below, including, but not limited to:

a. 3977 INO GH;

b. 7584 INO TC; and

c. 9118 INO DF;

7. Any and all fraudulent GreenDot Cards ending in the numbers listed below, including, but not limited to:

a. 2751 INO JB;

b. 7130 INO CF;

c. 4013 INO TB;

d. 9902 INO PM;

e. 1113 INO AN; and

f. 6145 INO GB;

8. Any and all fraudulent Brinks Money Cards ending in the numbers listed below, including, but not limited to:

a. 3427 INO AE;

b. 8615 INO AB;

c. 9634 INO TB; and

d. 4324 INO RS;

4

9. Any and all fraudulent Account Now Cards ending in the numbers listed below, including, but not limited to:
   a. 3338 INO RS; and
   b. 8457 INO TB;
10. Any and all fraudulent Ready Debit Cards ending in the numbers listed below, including, but not limited to:
    a. 3970 INO TG;
    b. 2697 INO AF;
    c. 0643 INO TB;
    d. 6561 INO JH;
    e. 6783 INO JF;
    f. 4384 INO JP;
    g. 0100 INO RS;
    h. 0644 INO MG;
    i. 1520 INO JB;
    j. 8826 INO CP;
    k. 5969 INO MP; and
    l. 1246 INO RO;
11. Any and all fraudulent Rush Cards ending in the numbers listed below, including, but not limited to:
    a. 8757 INO CD;
    b. 6036 INO RW;
    c. 8990 INO RS;
    d. 0933 INO RO;
    e. 0999 INO WH;
    f. 5581 INO AW;
    g. 5267 INO JT;
    h. 6969 INO ML;

      i. 1593 INO RR; and

      j. 9561 INO RD;

12. Any and all fraudulent Fred Meyers Rewards Cards ending in the numbers listed below, including, but not limited to:

      a. 7331 INO JH; and

      b. 0667 INO AB;

13. Any and all Visa Gift Cards ending in the numbers listed below, including, but not limited to:

      a. 6360, 6386, 1279, 3471, 1976, 7113, 5848, 6328, 8624, 8901, 1288, 4111, 1373, 7377, 8509, 3578, 6001, and 0258;

14. Any and all miscellaneous fraudulent cards, including, but not limited to:

      a. card ending in 4658 INO DM;

      b. card ending in 0553;

      c. BOA Card INO JB;

      d. Wells Fargo Card INO WC; and

      e. Office Depot gift card; and

15. Any and all fraudulent personal identification documents, including, but not limited to, 29 Utah driver licenses and social security numbers

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ___Nov 28___, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

6