Russell E. Marsh, Esq.
Nevada State Bar No. 11198
Sunethra Muralidhara Esq.
Nevada State Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: russ@wmllawlv.com
         smuralidhara@wmllawlv.com

Attorneys for Oluremi Akinleye

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>      v.<br><br>Oluremi Akinleye,<br><br>              Defendant. | Case No. 2:20-CR-00217-GMN-EJY<br><br>**UNOPPOSED MOTION FOR RELEASE OF PASSPORT TO DEFENDANT AKINELYE'S FAMILY** |

**Memorandum of Points and Authorities**

The defendant, Oluremi Akinleye, by and through his attorney of record, Russell E. Marsh, Esq., and Sunethra Muralidhara, Esq., of Wright Marsh & Levy, submits this unopposed motion for release of Defendant Akinleye's United States Passport, United States Passport Card, and Nigerian Passport, to his wife, Nikkeye Akinleye. Said property remains in the possession and safekeeping of his defense counsel.

On June 29, 2022, Mr. Akinleye appeared in Court and entered a guilty plea to Counts One, Eight, and Nine of the Indictment, which charged the defendant with Conspiracy to Commit Wire Fraud under 18 U.S.C. § 1349 (Count One), Possession of 15 or More Counterfeit

and Unauthorized Access Devices under 18 U.S.C. § 1029(a)(3) (Count Eight), and Aggravated Identity Theft under 18 U.S.C. § 1028A(a)(1) (Count Nine). ECF 33. On November 28, 2023, this Court sentenced defendant to a total sentence of 45 months. ECF 45, 46. Mr. Akinleye self-surrendered on or about February 27, 2023 and remains in federal custody.

After Mr. Akinleye's sentencing, the parties were in discussion about returning non-forfeited property. In June 2023, defense counsel met with the case agent on the case to accept the return of property for safe-keeping. Among the many returned items included Mr. Akinleye's United States Passport, United States passport card, and Nigerian passport. While all other property has been returned to Mr. Akinleye's wife, the United States Passport, United States passport card, and Nigerian passport remain in defense counsels' possession and safe-keeping. After consultation with AUSA Jim Fang, this unopposed motion is being filed requesting the Court's approval for return of these items to Mr. Akinleye's wife. Mr. Akinleye has given counsel permission to release said items to her since he remains in federal custody. With the Court's permission, counsel would like to release said property to Mrs. Akinleye.

DATED June 13, 2023.

WRIGHT MARSH & LEVY

By: /s/ Sunethra Muralidhara
Russell E. Marsh
Sunethra Muralidhara
Attorneys for Oluremi Akinleye

IT IS SO ORDERED: _____

Dated: June 26, 2023

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of Wright Marsh & Levy and is a person of such age and discretion as to be competent to serve papers. That on June 13, 2023 she served the above-entitled document either via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, emailed, hand delivered, facsimile, or placed in the United States mail, postage prepaid, to the following persons at their last known address:

>Jason M. Frierson
>United States Attorney District of Nevada
>Jim Fang
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

*/s/ Debbie Caroselli*
Employee Wright Marsh & Levy