UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00217-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| OLUREMI AKINLEYE | |
| Defendant. | |

Pending before the Court is the Government's Motion to Authorize Payment from the U.S. Marshal Service. ECF No. 52. The Motion seeks to turn over to the Clerk of Court $14,730.00 in seized funds, held as evidence, in payment toward criminal monetary penalties imposed in this case. It is unclear why these funds were not included in the Final Order of Forfeiture. Indeed, the Court could find no mention of these funds on the docket. Further, Defendant is currently without counsel and therefore is at a disadvantage with respect to demonstrating these funds were from legitimate means. The Court finds the Government's Motion, as presented, cannot be granted as it appears to deny Defendant sufficient process.

Accordingly, IT IS HEREBY ORDERED that this matter is referred to the Federal Public Defender for appointment of counsel.

IT IS FURTHER ORDERED that the Federal Public Defender is kindly requested to file a response to the Government's Motion no later than **June 11, 2025.**

Dated this 21st day of May, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1